# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELANIE A. OCHS,

    Petitioner,

vs.

WARDEN JO GENTRY, et al.,

    Respondents.

Case No. 2:16-cv-00982-JCM-CWH

**ORDER**

    Petitioner having filed an unopposed motion for extension of time to file amended petition for writ of habeas corpus (second request) (ECF No. 12), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time to file amended petition for writ of habeas corpus (second request) (ECF No. 12) is **GRANTED**. Petitioner will have through May 15, 2017, to file and serve an amended petition for a writ of habeas corpus.

    DATED:  February 15, 2017.

                                    JAMES C. MAHAN
                                    United States District Judge