# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELANIE A. OCHS,

    Petitioner,

vs.

WARDEN JO GENTRY, et al.,

    Respondents.

Case No. 2:16-cv-00982-JCM-CWH

**ORDER**

    Petitioner having filed a motion for extension of time (first request) (ECF No. 22), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion for extension of time (first request) (ECF No. 22) is **GRANTED**. Petitioner will have through April 17, 2018, to file and serve an opposition to the motion to dismiss (ECF No. 20).

    DATED: February 21, 2018.

_____
JAMES C. MAHAN
United States District Judge