# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELANIE A. OCHS,<br><br>              Petitioner,<br><br>    v.<br><br>WARDEN JO GENTRY, et al.,<br><br>              Respondents. | Case No. 2:16-cv-00982-JCM-CWH<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 27), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 27) is **GRANTED**. Respondents will have through January 4, 2019, to file an answer.

DATED: November 6, 2018.

                                                                              JAMES C. MAHAN<br>                                                            United States District Judge