# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELANIE A. OCHS,

    Petitioner,

v.

WARDEN JO GENTRY, et al.,

    Respondents.

Case No. 2:16-cv-00982-JCM-CWH

**ORDER**

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 29), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 29) is **GRANTED**. Respondents will have through April 4, 2019, to file an answer.

DATED: January 4, 2019.

JAMES C. MAHAN
United States District Judge