# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELANIE A. OCHS, | Case No. 2:16-cv-00982-JCM-CWH |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN JO GENTRY, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (third request) (ECF No. 31), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (third request) (ECF No. 31) is **GRANTED**. Respondents will have through May 20, 2019, to file an answer.

DATED: April 10, 2019

_____
JAMES C. MAHAN
United States District Judge

1