# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELANIE A. OCHS,

*Petitioner,*

v.

JO GENTRY, *et al.,*

*Respondents.*

2:16-cv-00982-JCM-CWH

ORDER

For good cause shown,

IT IS ORDERED that respondents' motion for an extension of time (ECF No. 33) to file a response to the amended petition is GRANTED *nunc pro tunc* to June 3, 2019, subject further to respondents' pending motion filed that date for leave to file a second motion to dismiss (ECF No. 38).

IT IS FURTHER ORDERED that petitioner's motion for an extension of time (ECF No. 39) to file a response to respondents' motion for leave to file a second motion to dismiss is GRANTED, and the time for petitioner to respond to the motion is extended up to and including July 17, 2019.

IT IS FURTHER ORDERED that respondents' sealed motion for leave to file documents under seal (ECF No. 40) is GRANTED, and respondents are granted leave to file petitioner's presentence investigation report (Exhibit 95) under seal, with the court finding, in accordance with the requirements of *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), that a compelling need to protect the privacy and/or

1

personal identifying information of petitioner, the victim, and others with regard to the sealed exhibit outweighs the public interest in open access to court records.

DATED: June 13, 2019.

_____
JAMES C. MAHAN
United States District Judge