UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELANIE A. OCHS,<br><br>        Petitioner,<br><br>    v.<br><br>DWIGHT NEVEN, et al.,<br><br>        Respondents. | Case No. 2:16-cv-00982-JCM-CWH<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 43), which the court grants.

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 43) is **GRANTED**. Respondents will have through August 7, 2019, to file a reply to the opposition to the motion to dismiss (ECF No. 42).

IT FURTHER IS ORDERED that the clerk of the court change the name of the respondent Warden Jo Gentry to Dwight Neven.

DATED: July 25, 2019.

                                                  JAMES C. MAHAN
                                                  United States District Judge