# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELANIE A. OCHS, | Case No. 2:16-cv-00982-JCM-DJA |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN JO GENTRY, et al., | |
| Respondents. | |

Respondents filed a motion for extension of time (first request) (ECF No. 48). Good cause appearing, the court grants respondents' request.

IT THEREFORE IS ORDERED that respondents' motion for extension of time (first request) (ECF No. 48) is **GRANTED**. Respondents will have up to and including October 21, 2019, to file an answer to the amended petition.

DATED: October 11, 2019.

                                                                                  _____
                                                                                  JAMES C. MAHAN
                                                                                  United States District Judge