**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELANIE OCHS, | Case No.: 2:16-cv-00982-JCM-DJA |
| Petitioner, | **ORDER** |
| v. | |
| JERRY HOWELL, et al., | |
| Respondents. | |

On January 17, 2023, pursuant to the Ninth Circuit Court of Appeals' reversal and remand, this court granted petitioner Melanie Ochs' writ of habeas corpus. (ECF No. 66.) This court ordered Ochs' judgment of conviction to be vacated and that Ochs be released from custody unless the state, through the respondents, filed a written election of its intention to retry Ochs and thereafter commenced jury selection. (*Id*.)

On June 27, 2023, the parties filed a stipulated status report, explaining that (1) the state filed a second-amended information charging Ochs with one count of second-degree murder and one count of felony child abuse on May 23, 2023, (2) Ochs pled guilty to the charges on June 6, 2023, and (3) Ochs was sentenced to 10 to 25 years for second-degree murder and 28 to 72 months for felony child abuse on June 20, 2023. (ECF No. 77.) Based on this stipulation, the parties agree that this court's judgment is satisfied.

IT IS THEREFORE ORDERED that the court's judgment in this matter is satisfied. This case remains closed.

Dated: June 29, 2023

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE